IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:15-cr-00204-RBS

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Peter R. Zeidenberg__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __138910__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| District of Columbia | 02/04/1994 | 440803 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| US District Court DC | 04/18/1991 | 40778 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Xiaoxing Xi__

_(Applicant's Signature)_

06/02/2015
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Arent Fox LLP; 1717 K Street, NW

Washington, DC 20006-5344

202-857-6139

Sworn and subscribed before me this

2nd Day of June, 2015

Notary Public

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Peter R. Zeidenberg____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Michael A. Schwartz | [signature] | 2/1/91 | PA 60234 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pepper Hamilton LLP; 3000 Two Logan Square

Philadelphia, PA 19103-2799

215-981-4494

Sworn and subscribed before me this

3rd Day of June, 2015

[signature] Sandra Hendrick
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SANDRA HENDRICK, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 14, 2015

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| United States | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| Xiaoxing Xi | : | NO.  2:15-cr-00204-RBS |

ORDER

AND NOW, this           Day of                    , 20   , it is hereby

ORDERED that the application of  Peter R. Zeidenberg      , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Xiaoxing Xi | : | NO.  2:15-cr-00204-RBS |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Peter R. Zeidenberg___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

AUSA Jennifer A. Williams
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

_____
Signature of Attorney

Michael A. Schwartz
Name of Attorney

Xiaoxing Xi
Name of Moving Party

6/3/15
Date