IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 15-204 |
| XIAOXING XI | : | |

**AMENDED ORDER**

**AND NOW**, this **31st** day of August, 2015, upon agreement between the parties, it is

**ORDERED** that the Scheduling Order entered on August 28, 2015, is amended as follows:

1.　Defendant's motion challenging the indictment shall be filed and served on or before September 11, 2015.  Responses to this motion shall be filed on or before September 25, 2015.  An evidentiary hearing on the motion is scheduled for Wednesday, September 30, 2015 at 9:30 a.m. in Courtroom 8A.

2.　Any Government motion pursuant to the Classified Information Procedures Act ("CIPA") shall be filed *ex parte* and an *in camera*, on or before October 30, 2015.  An unclassified version of said motion shall be publicly filed and served on defense counsel on or before the same date.

　**IT IS SO ORDERED.**

**BY THE COURT:**

R. BARCLAY SURRICK, J.

Faxed to: 8/31/2015
AUSA Zeidenberg Schwartz