IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: September 1, 2015 |
| v. | : | |
| | : | |
| XIAOXING XI | : | Criminal No. 15-204-01 |

418 Hidden River Rd
Penn Valley, PA 19072

## NOTICE

  **TAKE NOTICE** that the above-entitled case has been set for **evidentiary hearing on defense motion** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Wednesday, September 30, 2015 at 9:30 a.m.** before the Honorable R. Barclay Surrick. In Courtroom 8-A, 8th Floor.

  ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.

  Counsel shall file their Trial Memorandum, Sentencing Memorandum or Change of Plea Memorandum **three (3) business** days prior to the scheduled proceeding unless otherwise ordered by the Court.  Please **fax** a copy of the memorandum to the undersigned.

               Very truly yours,

               */s/Christina Franzese*
              Deputy Clerk to Judge R. Barclay Surrick
               267-299-7639 (Office)
               267-299-7638 (Fax)
              Notice to:
               Defendant
               P. Zeidenberg, Defense Counsel **(via email)**
               M. Schwartz, Defense Counsel **(via email)**
               J. Williams, A.U.S.A. **(via email)**
                U.S. Marshal **(via email)**
                Probation Office **(via email)**
                Pretrial Services **(via email**

**NO INTERPRETER REQUIRED**
**[]  RESCHEDULED FROM**
Cr4 (rev. 8/98)