IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-204 |
| XIAOXING XI | | |

### O R D E R

AND NOW, this _____ day of _____, 2015, upon consideration of the Government's Unopposed Motion to Dismiss Indictment Without Prejudice, it is hereby

ORDERED

that Indictment No. 15-204 is dismissed without prejudice to the refiling of charges.

BY THE COURT:

_____
HONORABLE R. BARCLAY SURRICK
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-204 |
| XIAOXING XI | | |

### GOVERNMENT'S UNOPPOSED MOTION
### TO DISMISS INDICTMENT WITHOUT PREJUDICE

The United States of America, by its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Jennifer Arbittier Williams, Assistant United States Attorney for the district, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves this Court to dismiss without prejudice the indictment in the above-captioned matter, and in support of its motion states:

1. On May 14, 2015, a grand jury sitting in the Eastern District of Pennsylvania returned an indictment charging Xiaoxing Xi with four counts of wire fraud.

2. Thereafter, additional information came to the attention of the government.

3. The government submits that it is in the interests of justice to dismiss the indictment without prejudice in order to pursue this additional information.

4. The government has discussed this motion with counsel for the defendant, who advised that the defense has no objection to dismissal of this indictment without prejudice.

WHEREFORE, the government respectfully requests that the Court dismiss the indictment against the defendant without prejudice to the refiling of charges.

Respectfully submitted,

_____
ZANE DAVID MEMEGER
United States Attorney

_____
JENNIFER ARBITTIER WILLIAMS
Assistant United States Attorney

Dated: September 11, 2015

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Motion To Dismiss Indictment Without Prejudice has been served via email upon:

> Peter Zeidenberg, Esquire
> Arent Fox LLP
> 1717 K Street, NW
> Washington, DC   20006-5344
>
> Michael A. Schwartz, Esquire
> Pepper Hamilton LLP
> 3000 Two Logan Square
> Eighteenth and Arch Streets
> Philadelphia, PA 19103

_____
JENNIFER ARBITTIER WILLIAMS
Assistant United States Attorney

Date:   September 11, 2015